91 A.3d 1234

MC OUTDOOR, LLC and Chester County
Outdoor, LLC, Appellants

v.

COMMONWEALTH of Pennsylvania and the Office
of the Attorney General, by Kathleen G. Kane,
Attorney General, Appellees.

Supreme Court of Pennsylvania.

May 13, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2014, the order of the Commonwealth Court is **AFFIRMED.**